957 So.2d 175 (2007)
Howell ADDISON, et al.
v.
A.O. SMITH CORPORATION, et al.
No. 2007-CC-0533.
Supreme Court of Louisiana.
June 1, 2007.
In re Eutectic Corporation; Hobart Brothers Company; ESAB Group Inc.; A.O. Smith Corporation et al.; Lincoln Electric Company; TDY Industries; Viacom Inc.; Airco, Inc.; BOC Group Inc. f/k/a; Praxair Inc.; Sandvik Inc.;Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. D, No. 05-9933; to the Court of Appeal, Fourth Circuit, No. 2006-C-1503.
Denied.
TRAYLOR, J., recused.